UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| LINDA SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:11-cv-362 |
| v. | ) | *Mattice / Lee* |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is the parties' joint and agreed motion for entry of protective order [Doc. 96]. The Court will enter the proposed protective order [Doc. 96-1] because the parties have agreed to keep certain documents confidential amongst themselves. In doing so, however, the Court draws the parties' attention to the appropriate procedure for submitting confidential documents to the Court. The parties must comply with Local Rule 26.2 and Paragraph 12.2 of the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee with respect to any attempt to file documents under seal.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE